**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DYNALANTIC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 95-2301 (EGS) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF DEFENSE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion filed this day, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment regarding the facial constitutionality of the Section 8(a) program, 15 U.S.C. § 637(a) *et. seq.*, and its accompanying regulations, is **GRANTED;** it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment regarding the facial constitutionality of the Section 8(a) program is **DENIED**; it is further

**ORDERED** that Defendants' Motion for Summary Judgment regarding the constitutionality of the 8(a) program as applied to award contracts for military simulators is **DENIED**; it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment regarding the constitutionality of the 8(a) program as applied to award contracts for military simulators is **GRANTED**; it is further

**ORDERED** that the Small Business Administration and the Department of Defense are hereby enjoined from awarding procurements for military simulators under the Section 8(a) program without first articulating a strong basis in evidence for doing so; it is further

**ORDERED** that Plaintiff's remaining requests for declaratory and injunctive relief are **DENIED**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **August 15, 2012**